JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 0 6 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1430

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE LUPRON MARKETING AND SALES PRACTICES LITIGATION

*Liberty National Insurance Co., et al. v. Abbott Laboratories, Inc., et al.,*
   N.D. Alabama, C.A. No. 2:03-2694
*Aetna Health, Inc. v. TAP Pharmaceutical Products, Inc.,*
   E.D. Pennsylvania, C.A. No. 2:03-5525

## CONDITIONAL TRANSFER ORDER (CTO-6)

On December 17, 2001, the Panel transferred one civil action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Richard G. Stearns.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Stearns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of December 17, 2001, 180 F.Supp.2d 1376 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Richard G. Stearns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION