U.S. District Court Web PACER(v2.3a-EDLA) Docket Report  Page 1 of 3
Docket as of December 22, 2003 6:53 pm    Web PACER (v2.3a-EDLA)

Case 1:04-cv-10175-RGS  Document 13-2  Filed 01/26/2004  Page 1 of 3

# U.S. District Court
## USDC for the Northern District of Alabama (Southern)

### CIVIL DOCKET FOR CASE #: 03-CV-2694

### Liberty Nat'l Ins, et al v. Abbott Lab, Inc, et al

Filed: 10/01/03
Assigned to: Judge Karon O Bowdre
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 370
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 28:1331 Fed. Question

---

| | |
|---|---|
| LIBERTY NATIONAL INSURANCE COMPANY<br>plaintiff | Charles A Dauphin<br>271-1108 fax<br>[COR]<br>Donald R James, Jr<br>271-1108 fax<br>[COR]<br>BAXLEY DILLARD DAUPHIN & MCKNIGHT<br>2008 Third Avenue, South<br>Birmingham, AL 35205<br>271-1100<br>J Banks Sewell, III<br>581-0799 fax<br>[COR]<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street, North<br>Birmingham, AL 35203<br>581-0700 |
| UNITED AMERICAN INSURANCE COMPANY<br>plaintiff | Charles A Dauphin<br>(See above)<br>[COR]<br>Donald R James, Jr<br>(See above)<br>[COR]<br>J Banks Sewell, III<br>(See above)<br>[COR] |
| v.<br>ABBOTT LABORATORIES, INC<br>defendant | J Banks Sewell, III<br>581-0799 fax<br>[COR]<br>LIGHTFOOT FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street, North<br>Birmingham, AL 35203<br>581-0700 |
| TAKEDA PHARMACEUTICALS AMERICA, | J Banks Sewell, III |

```
INC.                              [term 11/03/03]
     defendant                    (See above)
     [term 11/03/03]              [COR]
TAP PHARMACEUTICALS AMERICA,      J Banks Sewell, III
INC.                                [term 11/03/03]
     defendant                    (See above)
     [term 11/03/03]              [COR]
TAKEDA CHEMICAL INDUSTRIES,       J Banks Sewell, III
LTD                               581-0799 fax
     defendant                    [COR]
                                  LIGHTFOOT FRANKLIN & WHITE LLC
                                  The Clark Building
                                  400 20th Street, North
                                  Birmingham, AL 35203
                                  581-0700
. TAP PHARMACEUTICAL PRODUCTS,    J Banks Sewell, III
INC                               (See above)
     defendant                    [COR]
```

# DOCKET PROCEEDINGS

| DATE | # | IMG | DOCKET ENTRY |
|---|---|---|---|
| 10/1/03 | 1 | 📄 | COMPLAINT filed, amount paid $ 150, receipt # 200 195679 (ma) [Entry date 10/03/03] |
| 10/1/03 | 2 | | REQUEST of plaintiff for service by certified mail filed (ma) [Entry date 10/03/03] |
| 10/3/03 | -- | | SUMMONS and complaint issued mailed certified mail (ma) [Entry date 10/03/03] |
| 10/7/03 | 3 | | SUMMONS and complaint returned executed: upon defendant Tap Pharmaceuticals on 10/6/03 filed (dr) [Entry date 10/07/03] |
| 10/8/03 | 4 | | SUMMONS and complaint returned executed: upon defendant Abbott Lab, Inc on 10/6/03 filed (dr) [Entry date 10/08/03] |
| 10/9/03 | 5 | | SUMMONS and complaint returned executed: upon defendant Takeda Pharm on 10/6/03 filed (dr) [Entry date 10/10/03] |
| 10/23/03 | 6 | 📄 | MOTION (JOINT) by parties to extend time to answer pending case transfer to MDL filed (kl) [Entry date 10/23/03] |
| 10/24/03 | 7 | 📄 | 6 - ORDER granting motion to extend time to answer pending case transfer to MDL [6-1] ( by Judge Karen O. Bowdre ) entered cm (kl) [Entry date 10/27/03] |
| 11/3/03 | 8 | 📄 | AMENDED complaint filed by plas [1-1]; jury demand terming party Tap Pharmaceuticals, party Takeda Pharm; adding Chemical Ind, and Tap Pharmaceutical filed cs (kl) [Entry date 11/04/03] |
| 11/3/03 | 8 | 📄 | REQUEST of plas for service by certified mail filed |

| Date | # | Description |
|---|---|---|
| | | w/amended complaint (kl) [Entry date 11/04/03] |
| 11/4/03 | -- | SUMMONS and amended complaint issued as to dfts Abbott Lab & Tap Pharmaceutical mailed certified mail (kl) [Entry date 11/04/03] |
| 11/5/03 | -- | SUMMONS and complaint issued as to dft Takeda Chemical Ind, del to pla for international service (kl) [Entry date 11/05/03] |
| 11/6/03 | 9 | SUMMONS and complaint returned executed: upon defendant . Tap Pharmaceutical on 11/5/03 filed (ma) [Entry date 11/06/03] |
| 11/6/03 | 10 | SUMMONS and complaint returned executed: upon dft Abbott Lab, Inc on 11/5/03 filed (kl) [Entry date 11/10/03] |
| 11/10/03 | -- | ALIAS summons issued as to dft Takeda Chemical Ind for international service del to pla (kl) [Entry date 11/12/03] |
| 11/25/03 | 11 | MOTION (JOINT) by parties for entry of joint stipulation to extend time to respond to first amended complaint in light of transfer to MDL filed (kl) [Entry date 11/26/03] |
| 12/12/03 | 12 | ORDER granting motion for entry of joint stipulation to extend time to respond to first amended complaint in light of transfer to MDL [11-1] as further set out in order filed (by Judge Karon O. Bowdre ) cm (kl) [Entry date 12/12/03] |
| 12/22/03 | -- | ALIAS summons issued as to dft Takeda Chemical Ind deemed issued on 11/10/03 via international service del to pla (kl) [Entry date 12/22/03] |

END OF DOCKET: 2:03cv2694

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/26/2004 13:16:13 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 2:03cv02694 |
| Billable Pages: | 4 | Cost: | 0.28 |