UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: LUPRON® MARKETING AND SALES PRACTICES LITIGATION | MDL NO. 1430 |
| THIS DOCUMENT RELATES CASE NO. 04-10175 | CA No. 01-CV-10861<br>Judge Richard Stearns |

## RCS [PROPOSED] FINAL JUDGMENT RELATING TO LIBERTY NATIONAL INSURANCE COMPANY AND UNITED AMERICAN INSURANCE COMPANY

This Court having considered (i) the Class Agreement; (ii) the SHP Agreement and associated documents, including the October 11, 2004 Memorandum of Understanding (the "MOU"); and (iii) the briefing relating to Defendants' Motion to Strike the Opt-out Requests of Liberty National Insurance Company ("Liberty National") and United American Insurance Company ("United American") and otherwise being fully informed in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. This Final Judgment incorporates herein and makes a part hereof the Court's August 9, 2005 *Memorandum and Order on Defendants' Motion to Strike Opt-Out Request of Liberty National Insurance Company and United American Insurance Company* ("Order").

2. For the reasons discussed fully in the Order, this Court struck the opt-out requests submitted by Liberty National and United American.

3. By executing the MOU, Liberty National and United American entered into a binding agreement to settle and resolve completely their pending action against Defendants.

4. Accordingly, the matter of *Liberty National Insurance Company and United American Insurance Company vs. Abbott Laboratories, Inc., Takeda Chemical Industries, Ltd.,*

*and TAP Pharmaceuticals Products, Inc.*; Case No. 04-10175, is hereby dismissed with prejudice and without costs to any party.

  5. This judgment is entered pursuant to Federal Rule of Civil Procedure 58 and is a final order.

Dated: August 26, 2005

SO ORDERED

*/s/ Richard G. Stearns*
Richard G. Stearns
United States District Judge